BEFORE THE THIRD DIVISION, MARCH 8, 1966

No. 69827.—Chadwick-Miller Importers, Inc., et al. v. United States, protests 62/9982, etc. (Boston).

Opinion by LANDIS, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.

No. 69828.—Langfelder, Homma & Carroll, Inc. v. United States, protest 63/11974 (Baltimore).

Opinion by LANDIS, J. In accordance with stipulation of counsel that the merchandise consists of chinaware cups and saucers, not chiefly used as tableware, but chiefly used as souvenir articles, the claim of the plaintiff was sustained.